EDWIN DUBAS, APPELLANT, V. FARMERS MUTUAL INSURANCE COMPANY OF NEBRASKA, A NEBRASKA CORPORATION, APPELLEE.
367 N.W.2d 741

Filed May 17, 1985.   No. 84-510.

Philip T. Morgan of Morgan & Morgan, for appellant.

Daniel M. Placzek of Luebs, Dowding, Beltzer, Leininger, Smith & Busick, for appellee.

BOSLAUGH, WHITE, and HASTINGS, JJ., and BRODKEY, J., Retired, and FAHRNBRUCH, D.J.

PER CURIAM.

In this action for damages from alleged vandalism brought against appellee insurance company, the sole question on appeal concerns the sufficiency of the evidence in support of the trial court's judgment. We have examined the record and determined that the judgment should be affirmed.

AFFIRMED.